Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Larry Froistad,

    Petitioner,

vs.

Michael Pacheco,
Warden, Wyoming Medium Correctional Institute,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No.   1:21-cv-00124-ARS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed on February 9, 2022, Respondent's motion to dismiss for lack of subject matter jurisdiction, (Doc. 8), is GRANTED. Respondent's alternate motion to dismiss on the merits, (Doc. 16), is DENIED. Froistad's petition for habeas relief, (Doc. 1), is DISMISSED without prejudice.

In light of the issues raised, an appeal may not be frivolous and could be taken in good faith. It is therefore ORDERED that a certificate of appealability be issued if one is requested. See Tiedeman v. Benson, 122 F.3d 518, 522 (8th Cir. 1997) (finding that a district court possesses authority to issue certificates of appealability under § 2253(c)). It is further ORDERED that an appeal may be taken in forma pauperis.

Date: February 9, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Shantel Jagol, Deputy Clerk*